Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
JAN 3 1 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Austin Division

Ryan K. Markowski

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The City of Round Rock Police Department and Officer Dallas Jennings

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:22CV0112 LY
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ✓ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan K. Markowski |
| Address | 17126 Jetty Ct |
| City | Crosby |
| State | TX |
| Zip Code | 77532 |
| County | Harris |
| Telephone Number | 512-626-6152 |
| E-Mail Address | Ryan.markowski82@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | The City of Round Rock Police Department |
| Job or Title *(if known)* | |
| Address | 2701 N. Mays St |
| City | Round Rock |
| State | TX |
| Zip Code | 78665 |
| County | Williamson |
| Telephone Number | 512-218-5500 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Dallas Jennings |
| Job or Title *(if known)* | Arresting Officer (1 of 3) |
| Address | 2701 N. Mays St |
| City | Round Rock |
| State | TX |
| Zip Code | 78665 |
| County | Williamson |
| Telephone Number | 512-218-5500 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  4th amendment of no unreasonable searches of my vehicle

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

While preparing to move in on me an officer of the city of Round Rock Police Department decided to do an illegal search of my vehicle while in his street clothes which were the same street clothes he arrested me in about 40-minutes later after he regrouped with his other 2-officers and came back to my private property. He saw me see him and moved along rather quickly at that time.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

401 Burlwood Ct Round Rock Texas 78664

B. What date and approximate time did the events giving rise to your claim(s) occur?

September 15, 2021 around 1:00pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

An officer of the Round Rock Police Department did an affirmative act that caused the violated me of my constitutional right to 4th amendment unreasonable search of vehicle with out warrant, without me being arrested, and with out me being within a reasonable distance. I busted him about 20-feet away as I was exiting my garage. He knew he was busted. He saw me see him and moved along rather quickly at that time. He confessed to it on his body camera about 40-minutes later after he regrouped with 2-other officers and decided to move in on me for the arrest. Selena Bermudez was there at the time. Two other officers heard is confession on their body cameras too.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Apprehension, indignity, mental suffering, shock, and Fright

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The plaintiff brings his claims under federal statute, 42 U.S.C. 1983, for an intentional affirmative act that caused the deprivation of my constitutional right to the 4th amendment of no unreasonable search of my vehicle and within a short period of time led to me being harmed. The damages sought are within the jurisdictional limits of the court. Claimant seeks monetary relief of $250,000.00 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs and non-monetary relief. The claimant pleads for $250,000.00 excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs and non-monetary relief for violating my right to he 4th amendment of no unreasonable search of my vehicle that caused injuries. I plead for periodic payments and ask for interest of 10% until paid in full.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/25/2022

Signature of Plaintiff: *Ryan K. Markowski*
Printed Name of Plaintiff: Ryan K. Markowski

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                    City        State       Zip Code

Telephone Number
E-mail Address