IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN MARKOWSKI,<br>　　　　Plaintiffs,<br>V.<br>THE CITY OF ROUND ROCK POLICE<br>DEPARTMENT, ET AL.,<br>　　　　Defendants. | §§§§§§§§§§§§§ | CAUSE NO. 1:22-CV-112-LY |

## FINAL JUDGMENT

Before the court is the above-referenced cause of action. On this date, the court dismissed Plaintiff's cause of action with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants' are awarded costs.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED.**

SIGNED this _____ day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE